71 F.2d 1017 (1934)
Gladys G. TERBELL, Joseph B. Terbell, Jr., and Thomas G. Terbell, as Executors of the Estate of Joseph B. Terbell, Deceased, Petitioners,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 375.
Circuit Court of Appeals, Second Circuit.
June 4, 1934.
Breed, Abbott & Morgan, of New York City (John B. Nash and Paul L. Peyton, both of New York City, of counsel), for petitioners.
Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and John MacC. Hudson, Sp. Assts. to Atty. Gen., for respondent.
Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.
PER CURIAM.
Affirmed on the authority of Bonwit, Teller & Co. v. Commissioner (C. C. A.) 53 F.(2d) 381, 82 A. L. R. 325, Bedell v. Commissioner (C. C. A.) 30 F.(2d) 622, and Central Bank Block Ass'n v. Commissioner, 57 F.(2d) 5 (C. C. A. 5).